UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORTH ATLANTIC OPERATING
COMPANY, INC., and NATIONAL
TOBACCO COMPANY, L.P.,

               Plaintiffs,

v.                                          Case No. 16-12076
                                            HON. TERRENCE G. BERG
WALTER C. SCOTT, et al.,          HON. DAVID R. GRAND

               Defendants.
_____/

**ORDER SETTING HEARING DATE ON PLAINTIFFS' EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND OTHER RELIEF (DKT. 3) AND GRANTING PLAINTIFFS' EX PARTE MOTION TO TEMPORARILY SEAL RECORD (DKT. 2)**

Plaintiffs have filed this action pursuant to the Lanham and Copyright Acts as well as Michigan state law alleging that Defendants manufacture, distribute, or sell counterfeit versions of ZIG-ZAG® brand cigarette paper products. (*See* dkt. 1.) Plaintiffs have moved for a temporary restraining order, preliminary injunction, and other relief. (Dkt. 3.) In addition, Plaintiffs request that the Court seal the record in this case until the Court conducts a hearing on the motion for a temporary restraining order. (Dkt. 2.)

Having carefully reviewed the pleadings, supporting affidavits, and other records submitted in support of the motion, the Court finds that an ex parte hearing in this matter would assist the Court in determining the merits thereof. Accordingly, Plaintiffs are ordered to appear on **Wednesday, June 29, 2016**, **at 2:00 pm in Courtroom 861 in Detroit, Michigan** for a hearing. At the hearing,

the Court will hear argument on the motion and receive any additional evidence, in the form of testimony, physical exhibits, photographs, or other records, in support of the motion, including evidence that will permit a comparison between the allegedly counterfeit products and the licensed products.

Accordingly, **IT IS ORDERED** that Plaintiffs' motion to temporarily seal the record in this case (Dkt. 2) is **GRANTED**. The record will remain sealed until the Court resolves Plaintiffs' motion for a temporary restraining order, preliminary injunction, and other relief.

**SO ORDERED.**

s/Terrence G. Berg<br>
TERRENCE G. BERG<br>
UNITED STATES DISTRICT JUDGE

Dated: June 10, 2016

### Certificate of Service

I hereby certify that this Order was electronically submitted on June 10, 2016, using the CM/ECF system, which will send notification to each party.

By: s/A. Chubb<br>
Case Manager