**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

NORTH ATLANTIC OPERATING
COMPANY INC.; NATIONAL
TOBACCO COMPANY, L.P.,

        Plaintiffs,

    v.

WALTER C. SCOTT, et al.,

        Defendants.

Case No. 16-12076
Hon. Terrence G. Berg

**ORDER DIRECTING PLAINTIFF TO PROVIDE**
**STATUS REPORT AND UPDATE**

Plaintiffs, the exclusive manufacturers, marketers, and distributors of ZIG-ZAG® cigarette paper products, brought this trademark and copyright infringement action against online sellers of counterfeit versions of their product. ECF No. 1. Some of the online sellers responded to the action and entered into settlements with Plaintiffs that included stipulated permanent injunctions. ECF No. 55 (Nguyen), ECF No. 56 and ECF No. 58 (RazoDazzle), ECF No. 59 (Chopshopdeals), ECF No. 62 and 70 (Amar), ECF No. 68 and 71 (Abualkhair), ECF No. 81 and 82 (Hudleston), ECF No. 98 and 99 (Davoodi-Masihi). One additional Defendant was voluntarily dismissed without prejudice by Plaintiffs. ECF No. 100 (Biswa).

On September 28, 2018, this Court granted Plaintiff's motion for default judgment against numerous[1] defendants. ECF No. 118 (granting ECF No. 104). Since then, the Court has also entered stipulated orders dismissing the "Romero Defendants" (ECF No. 125), the "Williams Defendants (ECF No. 126), the "Elkhart Defendants" (ECF No. 127), "Defendants Barry Williams and eBay Seller reflectbleu" (ECF No. 128), "Noah Canan, a.k.a. Noha Hasan,AKA Imports, eBay Seller glassnmore15, Azizeh Hasan, eBay Seller azoz2016h,Mike Kanan, eBay Seller elksmokes, and Elkhart Smokeshop" (ECF No. 129), and "Defendant Tim Romero, owner and operator of Defendant Amazon Seller TooHotGlass" (ECF No. 130). The most recent of these orders was entered on November 14, 2018. ECF No. 130. No other motions or proposed stipulated orders have been filed with the Court since that time.

In the interest of resolving this matter as expeditiously as possible, the Court hereby **DIRECTS** Plaintiff to provide a report detailing all remaining defendants and the status of their involvement in this matter within 14 days of the entry of this order.

---

[1] Walter C. Scott, and eBay seller respect843; Mohammed Akbar, eBay seller zigzag_wholesale, eBay seller atlantic_market, and eBay seller smwholesale360; Harold L. Thompson, HFOco Network Services, and eBay seller publisherpete; James Cleary, and eBay seller iluvmoney1232012; Burtin/Burton Parker, River City Depot, and eBay seller cheepstuff65; Nicless Cigarette Filters, and eBay seller usbigdiscountwarehouse; Amazon seller kennyskorner; Jose Adrian, Amazon seller Express Deals Corp., and Fast World Closeout; Rakuten Seller Granpawenterprise.

**SO ORDERED.**

Dated: May 22, 2019  s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on May 22, 2019.

s/A. Chubb
Case Manager